IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TONYA THORNTON, MICHAEL THORNTON, INDIVIDUALLY and as NEXT FRIENDS of MEGAN THORNTON, MORGAN THORNTON, and MEGAN WILLIAMS, and TONYA THORNTON as REPRESENTATIVE of the ESTATES of SYNDEE and SIERRA THORNTON, DECEASED, §§§§§§§§§§ | |
| *Plaintiffs*, § | C.A. 1:04cv1039-LY |
| VS. § | |
| HOME DEPOT U.S.A., INC., ET AL., § | |
| *Defendants.* § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs Tonya Thornton, Michael Thornton, Individually and as Next Friends of Morgan Thornton; Meagan Williams; and Tonya Thornton, as Representative of the Estates of Syndee and Sierra Thornton, Deceased; Defendant Home Depot U.S.A., Inc.; and Third-Party Defendants Cheyenne Industries, Inc. and Catalina Lighting, move this Honorable Court to enter an Order to Dismiss pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), dismissing all claims filed by the parties in their entirety, with prejudice as to the re-filing of same, and in support thereof states the following:

The parties to this Motion agree to the relief sought in this Motion pursuant to an agreement between Plaintiffs, Defendant, and Third-Party Defendants as to the final resolution of all claims.

Third-Party Defendant Cheyenne Industries, Inc. agrees to pay all fees and expenses of Oskar

Nisimblat, appointed guardian ad litem for Morgan Thornton, a minor child. All other costs will be borne by the party incurring same.

WHEREFORE, Plaintiffs Tonya Thornton, Michael Thornton, Individually and as Next Friends of Morgan Thornton; Meagan Williams; and Tonya Thornton, as Representative of the Estates of Syndee and Sierra Thornton, Deceased, Defendant Home Depot U.S.A., Inc.; and Third-Party Defendants Cheyenne Industries, Inc. and Catalina Lighting respectfully request this Honorable Court enter an Order to Dismiss all claims filed by the parties in their entirety pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), with prejudice as to the re-filing of same; that Third-Party Defendant Cheyenne Industries, Inc. be ordered to pay all fees and expenses of Oskar Nisimblat, appointed guardian ad litem for Morgan Thornton, a minor child; and that all other costs be borne by the party incurring same.

              Respectfully submitted,

              **BROWN SIMS, P.C.**

              By:   /s/ Charles Clayton Conrad
                 Michael D. Williams
                 Texas Bar No. 21564330
                 Charles C. Conrad
                 Texas Bar No. 24040721
                 1177 West Loop South, Tenth Floor
                 Houston, Texas 77027-9007
                 (713) 629-1580
                 (713) 629-5027 (Telecopier)

              **ATTORNEYS FOR THIRD-PARTY DEFENDANT CHEYENNE INDUSTRIES, INC.**

By:     /s/ Richard Hunnicutt, III     *
     Richard Hunnicutt, III
     Texas Bar No. 10279700
     David McQuade Liebowitz, P.C.
     2000 Riverview Towers
     111 Soledad
     San Antonio, Texas 78205

**ATTORNEY FOR PLAINTIFFS**
* signed with permission

By:     /s/ Arthur K. Smith     *
     Arthur K. Smith
     Texas Bar No. 18534100
     Law Offices of Arthur K. Smith
     507 Prestige Circle
     Allen, TX 75002

**ATTORNEY FOR DEFENDANT**
**HOME DEPOT U.S.A., INC.**
* signed with permission

By:     /s/ Jonathan P. Saxton     *
     Jonathan P. Saxton
     Rendigs, Fry, Kiely & Dennis, LLP
     One West 4th St., Ste 900
     Cincinnati, OH 45202-3688

* Admitted Pro Hac Vice
* signed with permission

By:     /s/ Kevin Lee     *
     Kevin Lee
     Texas Bar No. 12128350
     Thompson, Coe, Cousins & Irons, LLP
     701 Brazos, Ste 1500
     Austin, TX 78701

**ATTORNEYS FOR THIRD-PARTY**
**DEFENDANT CATALINA LIGHTING**
* signed with permission